ANNE HIARING HOCKING, Esq. State Bar No. 88639
KRISTIN NEWMAN DE LA VEGA, Esq. State Bar No. 232628
Law Office of Anne Hiaring
711 Grand Avenue, Suite 260
San Rafael, CA 94901
Telephone: (415) 457-2040
Facsimile: (415) 457-2822
Email: anne@hiaringlaw.com

Attorneys for Defendant
SUNWARE COMPUTER INC.

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| SUN MICROSYSTEMS, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SUNWARE COMPUTER, INC., a California corporation,<br><br>Defendant. | Case No. C 09-03564 MHP<br><br>**SECOND STIPULATION AND [PROPOSED] ORDER EXTENDING SUNWARE COMPUTER INC.'S TIME TO ANSWER COMPLAINT AND EXTENDING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES**<br>[Fed. R. Civ. P. 6(b)] |

   Plaintiff Sun Microsystems, Inc. filed its Complaint for Damages and Injunctive Relief on August 4, 2009 against Sunware Computer, Inc.

   Plaintiff served Sunware Computer, Inc. on August 6, 2009. The proof of service has not yet been filed. On August 19, 2009, both Parties stipulated to a thirty (30) day extension of time by which Defendant is to respond to the Complaint. The Court approved this extension on August 20, 2009 [Docket No. 7] and Defendant now has until September 25, 2009 to file its response.

Since that time, the Parties have reached a resolution but require additional time to finalize the resolution. As such, the Parties have agreed to a further thirty-day extension of time as to both Defendant's time to respond to the Complaint and the associated Case Management and ADR deadlines.

### I. DEFENDANT'S TIME TO ANSWER

The Parties stipulate and respectfully request that the time within which Defendant may respond to the Complaint filed by Plaintiff be extended by this Court from September 25, 2009 to October 25, 2009 or such date as this Court may order.

The Parties believe good cause exists for the Court to grant an extension of time for Sunware Computer, Inc. to respond to Plaintiff's Complaint because the Parties are in the final stages of formalizing a resolution.

### II. CASE MANAGEMENT AND ALTERNATIVE DISPUTE RESOLUTION DEADLINES

The Parties further stipulate and respectfully request that this Court also extend by thirty (30) days, or as soon thereafter as the Court deems convenient, the initial case management and alternative dispute resolution deadlines as set forth in this Court's Order dated August 20, 2009 [Docket No. 7] as follows:

1. Last day to meet and confer re: initial disclosures, early settlement, ADR process selection, and discovery plan; file joint ADR Certification with Stipulation to ADR Process or notice of Need for ADR Phone conference is extended to December 25, 2009;

2. Last day to complete initial disclosures or state objection in Rule 26(f) Report, file Case Management Statement and file/serve Rule 26(f) Report is extended to January 8, 2010; and

3. Case Management Conference (CMC) in Courtroom 15, 18th Floor, San Francisco at 4:00 p.m. is extended to January ~~15~~ 25, 2010.

The Parties believe good cause exists for the Court to grant an extension of time of the case management and alternative dispute resolution deadlines because the Parties only require additional time to finalize resolution of this matter.

Respectfully Submitted,

LAW OFFICE OF ANNE HIARING

DATED: Sept 23 09

By: _____
Anne Hiaring Hocking, Esq.
Kristin De La Vega, Esq.
Attorneys for Defendant

**STIPULATED TO**

DATED: 9/23/09

FENWICK & WEST LLP

By: _____
Eric Ball, Esq.
Jedediah Wakefield, Esq.
Attorneys for Plaintiff

**IT IS SO ORDERED.**

DATED: 9/25/09

By: _____
HON. MARILYN H. PATEL
United States District Judge

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED, signed Judge Marilyn H. Patel]*

---

SECOND STIPULATION AND [PROPOSED] ORDER EXTENDING DEFENDANT'S TIME TO ANSWER
COMPLAINT AND EXTENDING INITIAL CMC AND ADR DEADLINES
**CASE NO. C 09-03564 MHP**
- 3 -

## PROOF OF SERVICE

### STATE OF CALIFORNIA, COUNTY OF MARIN

I am employed in the County of Marin, State of California; my business address is 711 Grand Avenue, Suite 260, San Rafael, California 94901; I am over the age of 18 and not a party to the within action. On this date I served the following documents:

**SECOND STIPULATION AND [PROPOSED] ORDER EXTENDING SUNWARE COMPUTER INC.'S TIME TO ANSWER COMPLAINT AND EXTENDING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES**

on the parties shown below:

> Jedediah Wakefield, Esq.
> Fenwick & West LLP
> 555 California Street, 12th Floor
> San Francisco, CA 94104
>
> Eric Ball, Esq.
> Fenwick & West LLP
> Silicon Valley Center
> 801 California Street
> Mountain View, CA 94041
>
> Attorneys for Plaintiff
> Sun Microsystems, Inc.

___ (BY FAX) I am readily familiar with the firm's practice of facsimile transmission; on this date the above-referenced documents were transmitted, the transmission was reported as complete and without error and the report was properly issued.

_X_ (BY MAIL) I am readily familiar with the firm's practice for the processing of mail; on this date, the above-referenced documents were placed for collection and delivery by the U.S. Postal Service following ordinary business practices.

___ (BY OVERNIGHT DELIVERY) I am readily familiar with the firm's practice for the processing of documents for delivery services; on this date, the above-referenced documents were placed for collection and delivery following ordinary business practices.

___ (BY ELECTRONIC FILING) On this date I provided the documents(s) listed above electronically through the Court's electronic filing service provider pursuant to the instructions on that website.

___ (BY E-MAIL) On this date, the above-referenced documents were converted to Adobe files and e-mailed to the addresses shown.

___ (BY PERSONAL SERVICE) I caused the above documents to be delivered by hand pursuant to CCP § 1011.

_X_ Federal: I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

___ State: I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed this 24th day of September, 2009 at San Rafael, California.

_____
Kristin N. de la Vega

PROOF OF SERVICE
Case No. C 09-03564                    -2-